**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6810**

---

In Re:  CORNELIUS TUCKER, JR.,

                                        Petitioner.

---

**No. 07-7056**

---

In Re:  CORNELIUS TUCKER, JR.,

                                        Petitioner.

---

On Petitions for Writ of Mandamus.
(5:07-hc-02039; 5:07-hc-02128-H)

---

Submitted:  September 10, 2007      Decided:  September 21, 2007

---

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petitions denied by unpublished per curiam opinion.

---

Cornelius Tucker, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated petitions, Cornelius Tucker, Jr., petitions for writs of mandamus seeking orders directing two district court judges to appoint a psychiatrist to examine Tucker, and to hold a hearing under 18 U.S.C. § 4243(c) (2000). We conclude that Tucker is not entitled to the requested relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). In a prior appeal, we approved the district court's decision to delay the § 4243(c) hearing until Tucker's release from state custody. United States v. Tucker, 153 F. App'x 173 (4th Cir. 2005) (No. 05-4336(L)). Nothing has changed in the interim to affect that decision. See Tucker v. United States, 197 F. App'x 230 (4th Cir. 2006) (No. 06-6046) (affirming district court's denial of 28 U.S.C. § 2241 (2000) petition raising similar claim).

Accordingly, although we grant leave to proceed in forma pauperis in No. 07-6810, we deny the petitions for writ of mandamus. We dispense with oral argument because the facts and

- 2 -

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITIONS DENIED
